# COMPOSITE EXHIBIT A

**Exhibit A-1**



**Exhibit A-2**



**Exhibit A-3**



**Exhibit A-4**

