# COMPOSITE EXHIBIT B

**Exhibit B-1**



**Exhibit B-2**



**Exhibit B-3**



**Exhibit B-4(a)**



**Exhibit B-4(b)**

