UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-60789-COHN/STRAUSS

CREATIVE KLICK AGENCY, LLC,

    Plaintiff,

v.

IGNITE INTERNATIONAL, LTD., et al.

    Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Creative Klick Agency, LLC and Defendants, Ignite International, Ltd. and Society Goat, LLC, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 30th day of June, 2021.

| | |
|---|---|
| */s/Yolanda P. Strader* <br> Merrick L. Gross (FBN (716677) <br> Email: mgross@carltonfields.com <br> Yolanda P. Strader (FBN 70212) <br> Email: ystrader@carltonfields.com <br> William Giltinan (FBN 27810) <br> Email: wgiltinan@carltonfields.com <br> Carlton Fields <br> Miami, Florida 33131 <br> 700 NW 1st Avenue, Suite 1200 <br> Miami, Florida 33136 <br> Telephone: (305) 530-0050 <br> Facsimile: (305) 530-0055 <br><br> ***Attorneys for Ignite International, Ltd. and Society Goat, LLC*** | */s/ Christian Romaguera* <br> Christian Romaguera (FBN 1012179) <br> CR@RomagueraLaw.com <br> **ROMAGUERA LAW GROUP** <br> 11911 U.S. Highway One \| Suite 303 <br> North Palm Beach, FL 33408 <br> Telephone: (561) 472-1077 <br> Facsimile: (561) 472-1078 <br> ***Counsel for Creative Klick Agency, LLC*** |

## CERTIFICATE OF SERVICE – CM/ECF

**I HEREBY CERTIFY** that on this **30th day of June 2021**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, thereby furnishing copies to: **YOLANDA P. STRADER, ESQUIRE**, ystrader@carltonfields.com, CARLTON FIELDS P.A., *Counsel for Defendants*.

       */s/ Christian Romaguera*
       **Christian Romaguera, Esq.**